■ Doris Sassower, Plaintiff, v Kelly, Rode & Kelly et al., Respondents. Marc S. Gottlieb, Appellant. [627 NYS2d 917] —Order, Supreme Court, New York County (Stephen G. Crane, J.), entered on or about August 10, 1994, unanimously affirmed for the reasons stated by Crane, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Rubin, Ross, Nardelli and Mazzarelli, JJ.

(June 8, 1995)

■ The People of the State of New York, Respondent, v Reginald Peterson, Appellant. [627 NYS2d 391] —Judgment, Supreme Court, Bronx County (John Collins, J.), rendered June 29, 1993, convicting defendant, after a jury trial, of manslaughter in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, and sentencing him to consecutive prison terms of $8^1/_3$ to 25 years, 5 to 15 years and $2^1/_3$ to 7 years, respectively, unanimously affirmed.

The court properly denied defendant's motion for a mistrial and/or to strike the direct testimony of a witness who invoked his Fifth Amendment right against self-incrimination on collateral matters including his association with a drug gang (*People v Chin*, 67 NY2d 22). In addition, the court properly imposed consecutive sentences for manslaughter and the two weapon possession charges since each charge was based upon separate acts (*People v Day*, 73 NY2d 208). Concur—Murphy, P. J., Rosenberger, Wallach, Williams and Tom, JJ.